1. XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
ROBERT M. PERKINS, III, State Bar No. 309192
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6144
 Facsimile: (916) 324-5205
 E-mail: Robert.Perkins@doj.ca.gov
*Attorneys for Defendants Foss, Fackrell, St. Andre, and Harwell*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| **CLEVELAND EVANS**,<br><br>Plaintiff,<br><br>v.<br><br>**T. FOSS, et al.**,<br><br>Defendants. | Case No. 2:17-cv-1088 TLN KJN P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)) AND ORDER DISMISSING CASE WITH PREJUDICE** |

Plaintiff Cleveland Evans and Defendants Foss, Fackrell, St. Andre, and Harwell have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: August 30, 2018        */s/ Cleveland Evans*
                              Plaintiff

1

Dated: 8/29/18          /s/ Robert M. Perkins, III
                        Robert M. Perkins, III
                        Attorney for Defendants

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: September 19, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/evan1088.dsm

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:17-CV-01088-TLN-KJN)